IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

SHANE DOLAN KNIGHT
    DEFENDANT.

Criminal Action No.

1:06-CR-514-CAP-AJB

## MOTION TO WITHDRAW

Assistant United States Attorney Alana R. Black hereby moves to withdraw as counsel of record for the United States, as she appeared only for limited purposes which are now complete and another Assistant United States Attorney, Lauren Macon, is lead counsel. The undersigned appears in a very large number of criminal cases, and withdrawing from those where the work is complete reduces administrative burdens and the risk of calendaring errors in cases where she is still lead counsel. The undersigned also requests Ms. Macon's status be updated on the docket to reflect her lead counsel role.

Respectfully submitted,

RYAN K. BUCHANAN
   *United States Attorney*

/s/ALANA R. BLACK
   *Assistant United States Attorney*
Georgia Bar No. 785045
Alana.Black@usdoj.gov
*600 U.S. Courthouse*
*75 Ted Turner Drive S.W.*
*Atlanta, GA 30303*
*(404) 581-6000*

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system, which automatically notifies the parties and counsel of record.

July 15, 2022

/s/ ALANA R. BLACK
ALANA R. BLACK
*Assistant United States Attorney*