IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | |
| | ) | 1:06-CR-514-CAP |
| SHANE DOLAN KNIGHT | ) | |
| | ) | |
| _____ | ) | |

<u>CONSENT MOTION FOR CONTINUANCE OF REVOCATION HEARING</u>

COMES NOW the Defendant, Shane Dolan Knight, by and through undersigned counsel, and move for a continuance of the revocation hearing currently scheduled for Thursday, September 29, 2022, before this Honorable Court. In support hereof, Mr. Knight shows as follows:

(1)

This case involves allegations of serious felony violations of supervised release. The parties are in the process of finalizing a global resolution to this petition and a new felony charge. The parties need additional time for the government to obtain supervisory approval for the global resolution and for the arraignment on the new charge before they can proceed.

(2)

Counsel for the Government consents to this motion.

WHEREFORE, Mr. Knight prays that the hearing currently scheduled for September 29, 2022 be continued for approximately 30 days until a date convenient to the Court.

Dated:   This 23rd day of September, 2022.

Respectfully submitted,

/s/ *Nicole M. Kaplan*
NICOLE M. KAPLAN
GEORGIA STATE BAR NO. 382495
ATTORNEY FOR MR. KNIGHT

Federal Defender Program, Inc.
Suite 1500, Centennial Tower
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530