IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
|  | ) CRIMINAL ACTION NO. |
| v. | ) |
|  | ) 1:06-CR-514-CAP |
| SHANE DOLAN KNIGHT | ) |
|  | ) |
| _____ | ) |

**O R D E R**

For good cause shown, the Defendant's Motion To Continue the Date Of the Revocation Hearing is hereby granted.  The hearing shall be removed from the September 29, 2022 calendar.  The hearing shall be rescheduled for December 1, 2022 at 10:00AM.

DATED: This 26th day of September, 2022.

　　　　　　　　　　　　　　　　　　/s/ Charles A. Pannell, Jr.
　　　　　　　　　　　　　　　　　HON. CHARLES A. PANNELL, JR.
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE